THE SUPERINTENDENT OF THE NEW YORK STATE REFORMATORY AT BEDFORD HILLS, N. Y., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANNA SMITH, Respondent, v. THE SUPERINTENDENT OF THE NEW YORK STATE REFORMATORY AT BEDFORD HILLS, N. Y., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

SAM SOOGOFF, Respondent, v. MAX ROSENKRANZ and "REBECCA" ROSEN-KRANZ, etc., Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

RALPH STEARNS, Appellant, v. HAROLD C. PARKIN, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1928, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that, within five days from the entry of the order herein, appellant pay respondent ten dollars costs; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

RUTH STERN, Respondent, v. BERNARD LICHTENSTEIN and Others, Appellants. (Action No. 1.) — Motion to dismiss appeal denied, upon condition that appellants perfect the appeal for the January, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

RUTH STERN, Respondent, v. BERNARD LICHTENSTEIN and Others, Appellants. (Action No. 2.) — Motion to dismiss appeal denied on condition that appellants perfect the appeal for the January, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant, v. SOUTH BROOKLYN RAILWAY COMPANY, Respondent, and Another, Defendant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

ISIDOR H. VOGEL, Respondent, v. MAX SPELREIN and MOE MANOWITZ, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

ISIDOR H. VOGEL, Respondent, v. MAX SPELREIN and MOE MANOWITZ, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

ANDREW ZYGMAN, Respondent, v. ALFRED HOWARD RENSHAW, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

HAROLD H. BALL, Respondent, v. PAUL R. CLARK, Appellant, and FIREPROOF PRODUCTS CO., INC., Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Hagarty and Seeger, JJ.

BECK-BROWN REALTY CO., INC., Appellant, v. ANSACK CORPORATION, Respond-